OPINION — AG — ** GRAND RIVER DAM AUTHORITY — DEPARTMENT OF HEALTH — SEWAGE DISPOSAL ** 82 O.S. 861 [82-861] — 82 O.S. 881 [82-881] CREATING THE GRAND RIVER DAM AUTHORITY AND PRESCRIBING ITS POWERS AND FUNCTIONS DO NOT " IN ANY REVOKE OR ABROGATE THE AUTHORITY OF THE STATE DEPARTMENT OF HEALTH " AS SET FORTH IN 63 O.S. 611 [63-611] THRU 63 O.S. 620 [63-620] [63-620] AND 63 O.S. 625.1 [63-625.1] THRU 63 O.S. 625.8 [63-625.8] (IMPOUND ANY BODY OF WATER FOR PUBLIC USE SHALL COOPERATE WITH THE STATE BOARD OF HEALTH IN CLEARANCE OF THE AREA AND THE MEASURES NECESSARY TO CONTROL MALARIA, FLOWAGE OF SEWAGE, POLLUTION, AUTHORITY, JURISDICTION) CITE: 63 O.S. 611 [63-611], 63 O.S. 625.4 [63-625.4] (J. H. JOHNSON)